Jennie C. Danby, as Administratrix, etc., of Walter J. Danby, Deceased, Appellant, v. New York City Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

Morris Koblenzer, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

The Haverly Company, Respondent, v. William E. Nankeville and the Haverly Mastodon Minstrels, Appellants.— Judgment affirmed, with costs. No opinion. (Ingraham, J., dissenting on the ground that there is no proof of damage.)

Thomas O'Leary, as Administrator, etc., of Cornelius O'Leary, Deceased, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Laughlin, JJ., dissenting.)

John J. Murtaugh, Respondent, v. Murdoch M. Campbell, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Alfred P. Boller, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs, on 117 Appellate Division, 458. (Patterson, P. J., and Houghton, J., dissenting.)

Delia O'Neil, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Michael F. McKenna, Jr., as Administrator, etc., of James McKenna, Deceased, Appellant, v. New Amsterdam Gas Company, Respondent.— Judgment affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Amy E. Potter, as Administratrix, etc., of Robert A. Potter, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion.

Edward Rowland and Others, Trustees in Bankruptcy of the Searchmont Automobile Company, Appellants, v. Charles Clifton, as President of the Association of Licensed Automobile Manufacturers, Respondent.—Judgment affirmed, with costs. No opinion.

Nettie Abramson, an Infant, by Philip Abramson, Her Guardian ad Litem, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William H. Ely and Others, as Ancillary Executors of and Trustees under the Last Will and Testament of Ambrose K. Ely, Deceased, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion.

John P. Cohalan, Respondent, v. New York Press Company (Limited), Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

Emil Haenschen, as Administrator, etc., of Emil Haenschen, Deceased, Respondent, v. Allison Realty Company and Roebling Construction Company, Appellants, Impleaded with Edward Pole and Paul Schwandtner.—Judgment and order reversed and new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so modified and order affirmed, without costs. No opinion. (Scott, J., dissenting and voting for reversal.) Settle order on notice.